IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| VS. | ) | CASE NO.:3:14-CR-387-M (01) |
| | ) | |
| DANIEL L. MANGINI, | ) | |
| Defendant. | ) | |

ORDER DEFERRING ACCEPTANCE
OF BOTH THE PLEA, AND THE PLEA AGREEMENT,
UNTIL SENTENCING

The Court has reviewed the relevant matters of record, including the Notice Regarding

Entry of a Plea of Guilty, the Consent of the Defendant, and the Report and Recommendation

Concerning Plea of Guilty, of the United States Magistrate Judge, entered November 18, 2014.

No objections thereto have been filed within ten days of service in accordance with 28 U.S.C.

§ 636(b)(1).

The Court defers acceptance of both the plea and the plea agreement until the previously

scheduled sentencing.

The Court adopts the November 18, 2014 Findings of the United States Magistrate Judge

that the defendant, who is currently on bond, should remain on bond.

SIGNED this 18ᵗʰ day of December, 2014.

_____
BARBARA M. G. LYNN
UNITED STATES DISTRICT JUDGE
NORTHERN DISTRICT OF TEXAS